PROB 12A
FLNP(1/2013)

# UNITED STATES DISTRICT COURT
for
Northern District of Florida

## Report on Offender Under Supervision

Name of Offender:   Anthony Orlando Gibbs                                             Case Number:  4:01CR36-01

Name of Sentencing Judicial Officer:     The Honorable Robert L. Hinkle, U.S. District Judge

Date of Original Sentence:   December 13, 2002

Original Offense:   Felon in Possession of a Firearm

Original Sentence: 235 months imprisonment followed by 5 years of supervised release

Type of Supervision: Supervised Release              Date Supervision Commenced:     May 5, 2023

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance.  The offender tested positive for the presence of marijuana on the following dates: |

| Test Date | Confirmation Date | Type of Controlled Substance |
|---|---|---|
| May 31, 2023 | June 9, 2023 | Marijuana |
| June 14, 2023 | June 22, 2023 | Marijuana |

Report on Offender Under Supervision
Page 2

U.S. Probation Officer Action:
The supervising probation officer has spoken to Gibbs about his criminal thinking pattern and the consequences that could occur from continued use of illegal substances.

It is recommended that no formal action be taken on the violation conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by *Latoya M. Fountain*

for David Clayton
U.S. Probation Officer
Date:   July 18, 2023

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other – **NO FORMAL ACTION REQUESTED**

s/ Mark E. Walker, Chief District Judge, Northern District of Florida
Signature of Judicial Officer

July 18, 2023
Date